IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 20 PM 4: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BERTHA HERMAN,

    Plaintiff,

VS.                            NO. 03-2846-MaV

FIRST TENNESSEE NATIONAL CORP.
a/k/a FIRST TENNESSEE BANK ASSN.,

    Defendant.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the plaintiff's July 12, 2004, unopposed motion requesting an extension of time within which to file a response to the defendant's motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including August 12, 2004, within which to file a response.

It is so ORDERED this 20th day of July, 2004.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-21-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02846 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jack L. Halliburton
TAYLOR HALLIBURTON & LEDBETTER
254 Court Ave.
Ste. 303
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT