IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BERTHA HERMAN,

    Plaintiff,

CASE NO. 03-2846-MaV

vs

FIRST TENNESSEE NATIONAL CORPORATION
a/k/a FIRST TENNESSEE BANK ASSOCIATION,

    Defendant.

## CONSENT ORDER OF DISMISSAL

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 22nd day of August, 2005.

                                          UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

Agreed to:

_____
Jack L. Halliburton, Esq.
TAYLOR, HALLIBURTON & LEDBETTER
254 Court, Suite 305
Memphis, Tennessee 38103
Telephone: (901) 523-0153
Facsimile: (901) 523-8115

**ATTORNEYS FOR PLAINTIFF**

_____
Frederick J. Lewis, Esq.
Whitney K. Fogerty, Esq.
LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of August 2005, caused to be sent via United State Mail, postage prepaid, a true and correct copy of the foregoing **CONSENT ORDER OF DISMISSAL** to:

>Jack L. Halliburton, Esq.
>TAYLOR, HALLIBURTON & LEDBETTER
>254 Court, Suite 305
>Memphis, Tennessee 38103

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02846 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jack L. Halliburton
TAYLOR HALLIBURTON & LEDBETTER
254 Court Ave.
Ste. 303
Memphis, TN 38103

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT